**Jeffery KNAPP, Petitioner–Appellant,**

v.

**Harold WHITE, Respondents–Appellee.**

**No. 04–1138.**

United States Court of Appeals, Sixth Circuit.

June 20, 2005.

Linda D. Ashford, Detroit, MI, for Petitioner–Appellant.

Jerrold E. Schrotenboer, Jackson, MI, for Respondents–Appellee.

Before CLAY and SUTTON, Circuit Judges; REEVES, District Judge.*

CLAY, Circuit Judge.

Petitioner Jeffrey L. Knapp appeals the district court's order of December 29, 2003, denying his petition for a writ of habeas corpus, under 28 U.S.C. § 2254, on his claims that (1) the trial court improperly instructed the jury on an element of the offense for which he was convicted, (2) the

---

* The Honorable Danny C. Reeves, United States District Judge for the Eastern District of Kentucky, sitting by designation.

prosecutor engaged in various acts of misconduct, and (3) his counsel was constitutionally ineffective. *See Knapp v. White,* 296 F.Supp.2d 766 (E.D.Mich.2003) (opinion and order denying petition for writ of habeas corpus).

Following our extensive review of the record, all applicable law, and the parties' briefs, we conclude that the district court properly denied Knapp's petition for a writ of habeas corpus. Because issuing a full opinion would serve no jurisprudential purpose, we **AFFIRM** the district court's order denying Knapp's petition for a writ of habeas corpus on the basis of the district court's opinion and order of December 29, 2003.